IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 16-cv-00412-RPM

CERTAIN UNDERWRITERS AT LLOYD'S LONDON WHO SUBSCRIBED TO POLICY NO. PG1ARK00201-04,

    Plaintiffs,

v.

AMINOKIT LABORATORIES, INC., a Colorado Corporation;
TAMEA RAE SISCO, a natural person;
JONATHAN LEE, MD, a natural person;
LEO RUNNELS, a natural person;
DENNIS THOMPSON, DC, a natural person;
NCMIC INSURANCE COMPANY, an Iowa Corporation;
CAMERON GEORGE, a natural person; and
JOHN GEORGE, a natural person,

    Defendants.

_____

ORDER DISMISSING DEFENDANTS CAMERON GEORGE AND JOHN GEORGE
_____

Pursuant to the Stipulation for Dismissal Regarding Defendants Cameron George and John George [Doc. 12], it is

ORDERED that Defendants Cameron George and John George are dismissed with prejudice, each party to bear their own costs, attorney fees and expenses.

DATED:   March 10th, 2016

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior Judge