IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 16-cv-00412-RPM

CERTAIN UNDERWRITERS AT LLOYD'S LONDON WHO
SUBSCRIBED TO POLICY NO. PG1ARK00201-04,

    Plaintiffs,

v.

AMINOKIT LABORATORIES, INC., a Colorado Corporation;
TAMEA RAE SISCO, a natural person;
JONATHAN LEE, MD, a natural person;
LEO RUNNELS, a natural person;
DENNIS THOMPSON, DC, a natural person; and
NCMIC INSURANCE COMPANY, an Iowa Corporation;

    Defendants.
_____

ORDER DENYING MOTION TO DISMISS PURSUANT TO Fed. R. Civ. P. 12(b)(1)
_____

On March 25, 2016, the defendants Aminokit Laboratories, Inc.; Tamea Rae Sisco and Leo Runnels filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction. (Doc. 20) addressed to the Complaint (Doc. 1). Other defendants joined that motion (Docs. 21 and 22). The plaintiff filed an Amended Complaint on April 1, 2016, adequately alleging diversity jurisdiction (Doc. 23) and a response to the Rule12(b)(1) motion. (Doc. 33). It is now

ORDERED, that the defendants' motions to dismiss for lack of subject matter jurisdiction are denied. The case will proceed on the Amended Complaint.

DATED: April 27th, 2016

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior Judge